UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| L.J. DANOS, III | CIVIL ACTION |
| VERSUS | NO. 21-1773 |
| LAFOURCHE PARISH, ET AL. | SECTION "I"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff L.J. Danos, III's 42 U.S.C. § 1983 claims against defendants Lafourche Parish and Lafourche Parish Medical Department, otherwise appearing as CorrectHealth Lafourche, LLC, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Danos's state law tort and negligence claims are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that CorrectHealth Lafourche, LLC's Motion to Dismiss[1] is **DENIED WITHOUT PREJUDICE** as moot.

New Orleans, Louisiana, this 23rd day of June, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

1 Rec. Doc. No. 12